1  Maria C. Roberts, State Bar No. 137907
   mroberts@greeneroberts.com
2  Lauren S. Cartwright, SBN 129862
   lcartwright@greeneroberts.com
3  GREENE & ROBERTS
   402 West Broadway, Suite 1025
4  San Diego, CA 92101
   Telephone: (619) 398-3400
5  Facsimile: (619) 330-4907

6  Attorneys for Defendant Pastor of Saint Columba
   Catholic Parish in San Diego, California, a Corporation
7  sole

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 | SARAH OSTRANDER,              | Case No. 3:21-cv-175-W-LL
12 |        Plaintiff,             | Judge:       Hon. Thomas J. Whelan
                                   | Mag. Judge:  Hon. Linda Lopez
13 |   v.                          | Action Date: October 2, 2020
14 | DIOCES OF SAN DIEGO           | **JOINT MOTION TO DISMISS
   | EDUCATION & WELFARE           | PLAINTIFF'S CLAIM FOR
15 | CORPORATION; ST. COLUMBA      | PUNITIVE DAMAGES, WITHOUT
   | SCHOOL; and DOES 1 through 50,| PREJUDICE**
16 | inclusive,
                                   | **SUPPORTING DOCUMENTS:**
17 |        Defendants.            | (PROPOSED) ORDER

18

19

20

21

22

23

24

25

26

27

28

1 | Pursuant to Local Civil Rule 7.2, Plaintiff SARAH OSTRANDER and
2 | Defendant Pastor of Saint Columba Catholic Parish in San Diego, California, a
3 | corporation sole, through their respective counsel, respectfully submit this **joint**
4 | motion to dismiss without prejudice Plaintiff's claim for punitive damages as pled
5 | against Defendant.
6 | The parties hereby stipulate and jointly move as follows:
7 | 1. The above-referenced action was filed on October 2, 2020, in the
8 | Superior Court of the State of California in and for the County of San Diego.
9 | 2. On January 29, 2021, the above-referenced action was removed to the
10 | United States District Court for the Southern District of California.  (Dkt. No. 1.)
11 | 3. On February 3, 2021, Plaintiff, through her counsel, agreed to dismiss
12 | *without prejudice* her claim for punitive damages as pled against Defendant.
13 | 4. Plaintiff reserves the right to move to amend her complaint to claim
14 | punitive damages should evidence support such a finding.
15 | Therefore, the parties request that the claim for punitive damages be
16 | dismissed without prejudice by the district court.
17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

1  The undersigned counsel for Defendant, Maria C. Roberts, certifies in
2  accordance with this Court's ECF Administrative Policies and Procedure Manual
3  that this joint motion is acceptable to the below-listed counsel and their electronic
4  signatures below reflect such non-opposition.

6  Dated:   February 5, 2021           LAW OFFICES OF DEVON K. ROEPCKE

8                                      By:   */s/ Devon K. Roepcke*
                                            Devon K. Roepcke
                                            Attorneys for Plaintiff
9                                           SARAH OSTRANDER

11 Dated:   February 5, 2021           GREENE & ROBERTS

13                                     By:   */s/ Maria C. Roberts*
                                            Maria C. Roberts
14                                          Lauren Cartwright
                                            Attorneys for Defendant Pastor of Saint
15                                          Columba Catholic Parish in San Diego,
                                            California, a Corporation sole